AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241    *EMERGENCY REQUEST FOR $2241*

# UNITED STATES DISTRICT COURT
for the

_TERRELL DEVON WILLIAMS_ )
_____ )
Petitioner )
)
v. )    Case No. _5:23-CV-346 PGB PRL_
)    (Supplied by Clerk of Court)
)
)
_WARDEN, FCC COLEMAN-MEDIUM,_ )
_____ )
Respondent )
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: _Terrell Devon Williams_
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: _Coleman-Medium_
    (b) Address: _P.O. Box 1032_
        _Coleman Florida 33521_
    (c) Your identification number: _28396-018_

3.  Are you currently being held on orders by:
    ☑ Federal authorities    ☑ State authorities    ☑ Other - explain:
    _I have a Sentence to serve in the state - Consecutive to the federal_

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _U.S.D.C. Jacksonville Division_
        _Jacksonville Florida_
        (b) Docket number of criminal case: _3:05 cr-100-TJC_
        (c) Date of sentencing: _July 12, 2022_
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   ❏ Pretrial detention

   ❏ Immigration detention

   ❏ Detainer

   ❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory

      maximum or improperly calculated under the sentencing guidelines)

   ❏ Disciplinary proceedings

   ☑ Other *(explain)*: FTC/FSA Credits (100) I am challenging the BOP's refusal to treat Money Smart & K-2 Awareness as Approved (EBRR) against reduction of the Pattern Score. These classes should affect the Pattern Score.

6.  Provide more information about the decision or action you are challenging:

   (a)  Name and location of the agency or court:

   (b)  Docket number, case number, or opinion number:

   (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d)  Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes      ❏ No

   (a)  If "Yes," provide:

      (1)  Name of the authority, agency, or court: Coleman - FCI - MEDIUM "BOP"

      (2)  Date of filing: BP-8  March 1, 2023  BP-A0148

      (3)  Docket number, case number, or opinion number:

      (4)  Result: Administration fail to answer

      (5)  Date of result: "             "

      (6)  Issues raised: That Money Smart & K-2 awareness which are approved EBRR under the FSA were not credited AS A program completed towards my Pattern Score. Other inmates have had the classes affect their Pattern Score reducing their Score. Now all of a sudden the BOP refuses to allow the (2) classes to be reflected AS EBRR to reduce your Pattern Score.

   (b)  If you answered "No," explain why you did not appeal:

8.  **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ❏ Yes      ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: *Do to my imediate release and the fact that I dont have 100 days left to serve and that the (CMC) stated that it would be futile to challenge the BOP.*

9.    **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes        ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☑ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes            ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes            ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Date of filing:
(2)  Case number:
(3)  Result:
(4)  Date of result:
(5)  Issues raised:

(d)  Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☐ No
If "Yes," provide:
(1)  Name of court:
(2)  Date of filing:
(3)  Case number:
(4)  Result:
(5)  Date of result:
(6)  Issues raised:

12.  **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes                    ☑ No
If "Yes," provide:
(a)  Kind of petition, motion, or application:
(b)  Name of the authority, agency, or court:

(c)  Date of filing:
(d)  Docket number, case number, or opinion number:
(e)  Result:
(f)  Date of result:
(g)  Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.　State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** THAT THE BOP IS DENYING myself and other Inmates the right to have "Money Smart" and "K-2" Awareness FSA EBRR programs to Be reflected on the Pattern Score upon completion as PAST Prisoners.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Money Smart & K-2 Awareness are approved EBRR programs under the FSA. All FSA EBRR or PA's are to be reflected after completion on a Prisoners Pattern Score if those Programs were a assessed need. My (2) Programs ① Money Smart was an assessed finance and Poverty need. I completed it and it was not reflected on my Pattern Score or the

(b) Did you present Ground One in all appeals that were available to you?  FSA as a completed Program
☑Yes　　☐No

**GROUND TWO:** By denying me the Earned (FTC) 100 days and failing to lower my General Score after completing the Money Smart & K-2 awareness it results in me not being released on March 29, 2023 the release date with being credited the 100 FTC

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

HAD money smart & K2 awareness been properly credited as Completed EBRR' Programs which are to be reflected on Your Pattern Score. I would have Been Scored as a low-recavidism Prisoner, had my (2) assessments and be released on March 29, 2023. As of a result of the Violation of the FSA | EBRR I am being illegally Detained.

(b) Did you present Ground Two in all appeals that were available to you?
☑Yes　　　　☐No

**GROUND THREE:** That the BOP is illegally detaining me by not granting me the points earned towards my Pattern Score for Completing Money Smart & K2 awareness, approved EBRR programs. The BOP fails to Honor the EBRR or PA's against the Pattern Score.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Once A Prisoner Completes a need assessed EBRR or PA's that program is to be reflected under programs and violence Score and General score on the Pattern Score. The BOP refuses to give me credit or Points off for the completion of the programs that they assessed that I needed to complete.

(b) Did you present Ground Three in all appeals that were available to you?
☐Yes　　　　☐No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** That by denying me the Money Smart & K-2 awareness programs against my Pattern Score that it violates my Constitutional Rights against being illegally detained past my legal release date of March 29, 2023 based on the (100) FTC credits

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Because the BOP refuses to honor the programs under the FSA Pattern Score it results in me being illegally detained in federal custody and ultimately serving more time in the State Sentence than I should because the state Sentence is consecutive, As long as I'm being held in federal custody it prejudices me in state custody and my state release would be extended as a result of denial of the (100) FTC.

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes   ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did attempt to complete a Administrative Remedy process and was advised by STAFF/Unit MNG.& CMC HoBBS that it would be futile and due to my iminet release date that I would be wasting my time.

Request for Relief
① I Request CJA Appointment do to the issue and my release date.

15. State exactly what you want the court to do: ① That the BOP retroactively grant Money Smart & K-2 awareness as Approved EBRR and PA's once Completed, as programs that like others approved under the FSA to be reflected on the male Pattern score under Programs completed. AND THAT I Be credited My 100 FTC already earned and that I be imediately released into the State of FLORIDA custody of completion of my state Sentence. I also request that I be compensated for every day that I have served past the (100) FTC days earned to be credited against the State Sentence. Every day that I am held past the (100) FTC days prejudices me while serving the State Sentence because it extends my state term by that much more days, which results in a Violation of my constitutional rights against cruel and unusual punishment and illegal detainment.

Respectfully,

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *April 12, 2023*          _Terrell Dean Williams_____
                                             *Signature of Petitioner*


                                  _____
                                             *Signature of Attorney or other authorized person, if any*



UNITED STATES GOVERNMENT

**Memorandum**

**FEDERAL BUREAU OF PRISONS**
**Federal Correctional Complex –**
**Medium**
**Coleman, Florida  33521**

April 18, 2023

**MEMORANDUM FOR:**     TO WHOM IT MAY CONCERN

**FROM:**                 L. O'Brien, Unit Manager

**SUBJECT:**              Williams, Terrell   Reg. No.:  28396-018

Inmate Williams, Terrell, register number 28396-018, was receiving medical treatment in the local community from November 9, 2022, until February 27, 2023.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRELL DEVON WILLIAMS,
    Petitioner,

                          CASE NO: _____

V.

WARDEN, FCC COLEMAN-
MEDIUM,
      Respondent,

---

MOTION TO SUPPLEMENT THE PETITION
WITH A MEMORANDUM OF LAW AND EXHIBITS

Petitioner moves the court to allow him to supplement
the Petition with Memorandum of law.
Petitioners, V. Dewayne Hendrix, Warden, FC.1 Sheridan,
Respondent U.S.D.C. of OREGON 575 F. Supp 3d. 1289;
2021 U.S. DIST Lexis 240776
CASE NO's: 3:20-CV-02019-AC, 3:20-CV-02020-AC, 3:20
CV-02065 AC, 3:20-CV-02123-AC decided November 9;
2021. Petitioner would state that.

This case clarifies that Money Smart & K-2 Awareness
are eligible CEBRR & PA's programs under the FSA
And that they are not only eligiable to Earn a
Prisoner (FTC) but also "THE TERM" evidence -

Based recividism reduction programs mean either a group or individual activity that;

(A) has been shown by empirical evidence to reduce recividism or is based on research indicating that it is likely to be effective in reducing recividism;

(B) is designed to help prisoners succeed in their communities upon release from prison; and

(C) May include- [a number of enumerated activities such as academic classes, substance abuse treatment, vocational training, a prison JOB, etc.]

Petitioner avers that money smart is a evidence based recividism reduction program that Petitioner was assessed to need upon intake in the BOP, A need that obviously affects the Pattern Score of which affects recividism "the ultimate Purpose and Goal of FSA Approved by Congress signed into law by former President TRUMP. Petitioner completed the program along with other inmates who have benifited from their "PATTERN scores" being reduced, as of a result of completing money SmarT & K-2 awareness, only to be told after completion after assessing the need for Finance & Poverty of clearly My federal charges Being Bank fraud I needed to complete. Money Smart & K-2 awareness were grand fathered into the FSA & PA's' under the Guide and remain within the Guide to this date. The BOP can not simply alter or change the rewarding of an approved program in the MIST of —

STUDENTS TAKING the program already and then Completing it with expectations and the understanding Pursuant to the FSA that they will recieve (FTC) and that the programs included their in will reduce their recividism which can only be accomplished through the reduction of Points under the PaTTern Score. The BOP gave (NO) National Program Statement, inmate email or Notification as to its changes as it specifically relates to the MoneySmarT & K-2 awareness not being counted or reflected on the Male PATTern Score. To Not count Money SmarT or K-2 Awareness means to (NOT) Acknowledge the Programs as FSA or PA's approved (EBRR). Meaning that they shouldn't even be contained within the FSA Guide itself. Prisoners entire GOAL is to get out OF Prison, which means under the (FSA) to complete Programs that will reduce the Pattern Score so that you are able to even collect the (FTC) You can not collect (FTC) Unless You are a level (39) under the General Score & level (24) under the Violence Score. FSA in the BOP's Scheme Seems to be unconstitutional and or BIAS towards inmates who are Medium & High recividism Prisoners. It Appears that the PaTTern Score make up favors minimum and Low inmates only. The Bureau of Prisons is Picking and chosing which inmates it will affect and wonT by denying approved FSA/PA's once Completed against the PaTTern score. This results in a Prisoner earning for —

for example 2,500 FTC days but never being able to Actually Apply them to their CCC/HC or ultimate release from prison because You cant lower Your PATTern Score unless the BOP counts the class as a FSA program on Your PAttern Score Sheet. My PAttern Score Sheets says that I have Completed -0- Zero Programs when in fact I have Completed 'Money SmarT 2 K-2 awareness 3 Fitness Focus on Brain Health 4 Wellness for medical Condition, on the Waiting list for Trauma, currently enrolled in ACE class Business, and Legal Research. I am also a ACE Tutor for the Business ManagemenT Course and I serve as an Inmate Companion in which I assits other Inmates of whom wish to comit Suicide, a licensed program through Psychology. Through all of this I Have NO programs as Completed. This is more prooF of the BOP Failed Policey as it Pertains to FSA and How it truly affects Inmates Pattern Score.

Petitioner argues that these expansive definitions coupled with § 3632 (d)(4)(A's) mandatory "Shall" language are Unambiguous and Comprehensive - thereby leaving little room for agency discretion. More over Petitioner insist that the statute makes clear that the BOP must award credit for all activities that fall under the Broad definitions of (EBRR) programs and PA's to include the reduction of Petitioners PAttern Score to reflect the Completion of Money Smart & K-2 awareness.

Petitioners across the BOP are experiencing that the word earned (FTC) is incorrect because under the BOP's rule the only way to truly earn your (FTC's) is by the reduction of your male recividism Score to a General Score of (39) and a Violence Score of (24) then and only then do you truly earn or are rewarded your (FTC). This completion can not happen if your not truly being accredited for the Completion of the program on your (FSA) Pattern Score.

### Conclusion

Wherefore, Petitioner moves the Honorable Court to order the BOP to grant Petitioner the (100) FTC days that he has already earned by Completion of an approved FSA & PA's that being Money Smart & K-2 Awareness program, reduce his Pattern Score as of a result of Completion of the Approved (EBRR & PA's) All to be completed retro actively to the Pattern Score which would result in a Low-recividism General Score requiring Petitioners Imediate Release to the state Authorities. The retro activity would cover the (2) assessments that would have already passed had the BOP Correctly applied the Completed (FSA 1 & PA's EBRR programs towards Petitioner's Pattern Score as the FSA was implemented to Achieve

Respectfully,

### CERTIFICATE OF SERVICE

I Hereby Certify that a true and correct copy of the foregoing Has Been furnished by [U.S. MAIL, to AUSA OCALA DIVISION AND THE DISTRICT COURT CLERK on this ___12th___ DAY OF APRIL 2023

Terrell Devon Williams
# 28396-018

BP-A0148
JUNE 10                          **INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) MS. HOBBS / WARDEN | DATE: March 1, 2023 |
|---|---|
| FROM: Terrell Williams | REGISTER NO.: 28396-018 |
| WORK ASSIGNMENT: Inmate Compannion | UNIT: A-2 -77-L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. I and many inmates have been told that the money Smart
And K-2 awareness classes that we took to lower our recividism/Pattern Score
Does not count against our Pattern Score yet these two courses are listed
within the FSA Guide Since the creation of the FSA Statute. I currently
needed only Two more points to lower my Pattern Score to Low recividism
Along with my low violence that would have made me eligible to
recieve the (100) days that I have earned towards (FTC's) my release date
is July 7, 23 these (FTC) days would release me to the state As you
are aware that Detainers for U.S. Citizens can no longer deny FTC) that
being the (100) days that show on my FSA Time Credit Assessment Sheet.
I believe that this is a issue that needs to be addressed to the region
or Attorney General. It seems that one issue gets fixed (Detainer) then another
issue is created. "Denial of Approved FSA courses, Against the Pattern Score.
I request that my issue Be FAST TRACKED to the highest level.

                    (Do not write below this line)

DISPOSITION:
Your response in a timely manner would be greatly appreciated as
I wish to incorporate this issue into the current lawsuit - CIVIL -
5:22-CV-00653-WWB-PBL) which surrounded the Detainer issue
that (DOJ) has now retracted, However, I have been given additional time to
Ammend my Petition. Unit Team Ms. O'Brien says that she is working on the
Issue of which would have (NO) affect on Inmates who have near release
dates as myself. Had I Been properly given the credit Against (FSA) Programs
completed, I would Be released (100) days earlier to the state Authorities.
    respectfully,
Finance & Poverty was Part of My Initial Assessment- You Placed me into
    the Money SMART Class. I completed it.

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

                    This form replaces BP-148.070 dated Oct 86
                    and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER        **SECTION 6**

U.S. Department of Justice
Federal Bureau of Prisons
Washington, DC

**Reentry Services Division**                    **January 2023**

# First Step Act
# Approved Programs Guide



The Federal Bureau of Prisons (Bureau) protects public safety by ensuring those in federal prison receive relevant and meaningful reentry programming to support their return to the community as law-abiding citizens. Reentry efforts increase opportunities, reduce recidivism, promote public safety, and reduce institution misconduct. To this end, the Bureau is committed to provide a robust menu of programs to address thirteen need areas for a diverse population, located in 122 institutions of varying security levels across the nation.

WILLIAMS, FERRELL  28308078

The First Step Act (FSA) Approved Programs Guide is a collection of the Bureau's robust reentry programs, designed to ensure all sentenced persons have the skills necessary to succeed upon release. The approved programs are standardized across institutions, described in the Bureau's national policies, implemented with dedicated resources, and regularly reviewed to ensure program fidelity. Standardized programs in the FSA Guide have fully developed and evaluated protocols that must be adhered to as written.

The FSA created two different categories of programs: Evidence-Based Recidivism Reduction (EBRR) Programs and Productive Activities (PAs). The FSA requires the Bureau to implement a risk and needs assessment system. Risk refers to the likelihood that each individual will reoffend or recidivate after release. PATTERN calculations identify "who" is most at risk, measured as high, medium, low or minimum risk of recidivism. Need refers to the specific areas a person can address to lower his/her risk. In other words, need indicates "what" issues affect an individual's risk and what he/she should address by taking programs.

The Bureau assesses needs in 13 areas that directly impact one's ability to live a healthy and productive life. Specifically, these areas are Anger/Hostility; Antisocial Peers; Cognitions; Dyslexia; Education; Family/Parenting; Finance/Poverty; Medical; Mental Health; Recreation/Leisure/Fitness; Substance Use; Trauma; and Work. Offenders are recommended to enroll in the approved programs designed to address their individual needs.

As outlined in the FSA, eligible offenders earn First Step Act Time Credits (FTCs) for participation and completion of EBRR Programs and PAs that address the identified need(s). Individuals may not earn FTCs if serving a sentence for a disqualifying conviction listed in the statute. FTCs are only applicable to those convicted in Federal District Court and do not apply to military prisoners, state boarders, or individuals with a final order of deportation. At this time, FTCs do not apply to those convicted in DC Superior Court.

The FSA Guide describes structured, curriculum-based programs led by staff, contractors, or volunteers that may result in the award of FSA time credits. However, individuals may also earn FTCs through participation in unstructured PAs that are not listed in this guide when these PAs are recommended to address their needs. Program recommendations are based on the individual risk and needs assessment.

The FSA Guide provides information on program description, hours of program credits, institution locations, needs addressed, and the responsible department(s) or staff for program delivery, (e.g., Education, Psychology, Special Populations Programs Coordinator, Reentry Affairs Coordinator). For locations noted as "available at all BOP institutions," this means the program can be offered anywhere. Programs will vary based on the needs of the sentenced population of those locations. Similarly, some programs have pre-requisites or other required admission criteria.

For general information on these programs, contact the Reentry Services Division (RSD) by sending an email to FSA@BOP.GOV. More specific inquiries about these programs should be directed to the responsible disciplines identified in the Program Delivery section of each program or the local institution.

The FSA Guide will be updated at a minimum annually by the Reentry Services Division.

# TABLE OF CONTENTS

| EVIDENCE BASED RECIDIVISM REDUCTION (EBRR) PROGRAMS | # |
|---|---|
| ANGER MANAGEMENT | 4 |
| APPRENTICESHIP TRAINING | 5 |
| ASSERT YOURSELF FOR FEMALE OFFENDERS | 6 |
| BARTON READING AND SPELLING SYSTEM | 7 |
| BASIC COGNITIVE SKILLS | 8 |
| BRAVE* | 9 |
| BUREAU LITERACY PROGRAM | 10 |
| CERTIFICATION COURSE TRAINING | 11 |
| CHALLENGE PROGRAM* | 12 |
| COGNITIVE PROCESSING THERAPY | 13 |
| CRIMINAL THINKING | 14 |
| DIALECTICAL BEHAVIOR THERAPY | 15 |
| EMOTIONAL SELF-REGULATION | 16 |
| ENGLISH-AS-A-SECOND LANGUAGE | 17 |
| FAITH-BASED CONFLICT MANAGEMENT (FBCM) PROGRAM | 18 |
| FAMILY PROGRAMMING SERIES | 19 |
| FEDERAL PRISON INDUSTRIES | 20 |
| FEMALE INTEGRATED TREATMENT (FIT)* | 21 |
| FOUNDATION | 22 |
| HOOKED ON PHONICS | 23 |
| ILLNESS MANAGEMENT & RECOVERY | 24 |
| LIFE CONNECTIONS PROGRAM* | 25 |
| MENTAL HEALTH STEP DOWN PROGRAM* | 26 |
| MONEY SMART FOR ADULTS | 27 |
| MONEY SMART FOR OLDER ADULTS | 28 |
| NATIONAL PARENTING FROM PRISON PROGRAM | 29 |
| NON-RESIDENTIAL DRUG ABUSE PROGRAM | 30 |
| POST-SECONDARY EDUCATION | 31 |
| RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM (RDAP)* | 32 |
| RESOLVE PROGRAM | 33 |
| RESOURCE TOOLS FOR REENTRY FOR TRANSGENDER INDIVIDUALS | 34 |
| SEEKING SAFETY | 35 |
| SEX OFFENDER TREATMENT PROGRAM NON-RESIDENTIAL | 36 |
| SEX OFFENDER TREATMENT PROGRAM* | 37 |
| SKILLS PROGRAM* | 38 |
| SOCIAL SKILLS TRAINING | 39 |
| STAGES PROGRAM* | 40 |
| STRONGER TOGETHER, EMERGING PROUD (S.T.E.P.) | 41 |
| THRESHOLD PROGRAM | 42 |
| TRANSITION ACCEPTANCE | 43 |
| VOCATIONAL TRAINING | 44 |
| WOMEN'S BASIC FINANCIAL LITERACY PROGRAM | 45 |
| WOMEN'S CAREER EXPLORATION SERIES | 46 |
| STRUCTURED, CURRICULUM-BASED PRODUCTIVE ACTIVITIES | 47-57 |
| BOP INSTITUTION INDEX | 58-59 |
| RDAP LOCATIONS | 60 |

*RESIDENTIAL



## DESCRIPTION

Money Smart for Adults is an instructor-led course consisting of 14 training modules that cover basic financial topics. Topics include a description of deposit and credit services offered by financial institutions, choosing and maintaining a checking account, spending plans, the importance of saving, how to obtain and use credit effectively, and the basics of building or repairing credit.

## HOURS

This program is typically completed in 32 hours.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Finance/Poverty

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Money Smart for Adults** must be delivered by Business Office staff or Unit Team. This program may also be delivered by a qualified volunteer or contractor.

# STRUCTURED, CURRICULUM-BASED PRODUCTIVE ACTIVITIES

Productive Activities (PA) include a wide range of activities including work assignments, community service, individual led classes, and other unstructured but valuable ways to spend time. This guide only provides information about structured, curriculum-based PAs.

To ensure program fidelity and proper credit, program delivery includes a list of qualified staff/disciplines, contractors or volunteers who can deliver the PAs listed. Those not listed are not recommended.

| Productive Activities & Descriptions | Hours | Location(s) | Need(s) Addressed | Program Delivery |
|---|---|---|---|---|
| **A Healthier Me** — The Healthier Me Program is designed to help incarcerated women build healthy lifestyles by considering what a healthy life means to them and practicing skills for stress management, healthy relationships, physical activity, and mindful eating. | 10 | All female sites | Recreation/Leisure/Fitness | Recreation; Special Population Program Coordinator; Unit Team |
| **A Matter of Balance** — Falling, or fear of falling, can negatively impact older adults by causing them to refrain from enjoyable or therapeutic activities. This program helps to build self-efficacy related to strength and mobility by decreasing fall-related fears. It teaches older individuals to problem-solve and improve their self-esteem. | 16 | All institutions | Recreation/Leisure/Fitness | Health Services; Recreation |
| **AARP Foundation Finances 50+** — This program provides financial education and counseling for vulnerable households, particularly adults age 50+. Older adults face unique challenges in financial planning and weak job prospects. This program will assist the older adult in financial goal setting that translates into positive financial behaviors. | 5 | All institutions | Finance/Poverty | Unit Team; Volunteers |
| **Access** — This program is designed for incarcerated women who are survivors of domestic violence. It assists women in identifying suitable career options to become economically independent upon reentry. An interactive computer component (which can be printed and used in class) is used to explore career options. Participants also complete testing to determine what career field is best for them. | 10 | All female sites | Cognitions Mental Health Trauma | Special Population Program Coordinator |

WILLIAMS, TERRELL 28396015

| | | | | |
|---|---|---|---|---|
| **Houses of Healing: A Prisoner's Guide to Inner Power and Freedom**<br><br>Houses of Healing is an intervention program that teaches emotional literacy skills. Emotional literacy is the ability to perceive, understand, and communicate emotions with self and to others. Emotional literacy is also consistent with the concept of emotional intelligence–the ability to monitor one's feelings and emotions, and to use that information to guide thinking and actions. | 24 | All institutions | Cognitions | Chaplaincy<br>Contractors<br>Volunteers |
| **K2 Awareness Program**<br><br>This program is for individuals suspected of or known to have used K2. It is designed to educate them about the risks of drug use, motivate them to seek drug treatment during their incarceration, and increase their awareness of available treatment resources. The ultimate goal is to reduce K2 use, thereby increasing the safety and security of the institution for staff and offenders. | 5 | All institutions | Substance Use | Contractors<br>Custody<br>Education<br>Health Services<br>Unit Team<br>Volunteers |
| **Living a Healthy Life with Chronic Conditions**<br><br>This program assists participants in improving mental and physical well-being. This program is designed for older adults impacted by chronic conditions. It includes 19 topics with flexibility to modify sessions based on group needs. | 24 | All institutions | Medical<br>Recreation/Leisure/Fitness | Contractors<br>Health Services<br>Recreation<br>Unit Team<br>Volunteers |
| **Managing Your Diabetes**<br><br>Managing Your Diabetes is designed to teach individuals how to effectively manage their chronic disease. | 12 | All institutions | Medical | Medical<br>Volunteers<br>(with appropriate credentials Nurse/Dietician) |
| **Mindfulness-Based Cognitive Therapy**<br><br>Mindfulness-Based Cognitive Therapy is a group intervention aimed at preventing symptom relapse in individuals who have a history of depression and anxiety. In this treatment program, participants learn to engage in daily practice mindfulness skills and cognitive behavioral techniques to treatment the symptoms of depression and anxiety. | 16 | All institutions | Mental Health | Psychology |
| **Narcotics Anonymous**<br><br>This self-help approach to change reduces the likelihood of future drug use. NA can be guided by any Bureau staff member but is essentially a self-help program. | 50 | All institutions | Substance Use | Volunteers |